UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PRESENT: HON. Rebecca F. Doherty, Judge, Presiding          Date: 7/13/2011
         LaRae Bourque          , Court Reporter
         Christine Guidry       , Minute Clerk

COURT OPENED 10:15 a.m.                    COURT ADJOURNED: 11:05 a.m. (50 Min.)

## MINUTES OF COURT
## PLEA HEARING

CASE NO. 6:10-cr-00369-003
        Judge Doherty/Mag.Judge Hanna

         _X_  Defendant in custody
         ___  Defendant on Bond, Bond cont'd
         ___  Bond set:
         ___  Bond canceled
         ___  Failed to appear, warrant ordered

APPEARANCES

DEFENDANT: DAVID J. PREJEAN

GOVT. COUNSEL: Daniel J. McCoy, Assistant U.S. Attorney

DEFENSE COUNSEL: Cecelia A. Bonin, CJA Panel Attorney

_____
COMMENTS:

_X_  Case called for re-arraignment
     ___  Bill of Information filed
     ___  Waiver of indictment filed
     _X_  Criminal Indictment reading waived
     ___  Plea of not guilty
          ___  days allowed for filing of defense motions
          ___  days thereafter allowed for filing Government responses and motions
          ___  trial set for:
     ___  Plea of nolo contendere
     _X_  Plea of guilty to count: 1 of the Criminal Indictment
          _X_  Defendant under oath
          _X_  Defendant advised of Rule 11 rights
          ___  Agent testified
          _X_  Filed Affidavit of Understanding of Maximum Penalty and Rights
          _X_  Filed Plea Agreement
          _X_  Other filings: Rule 11(f) Factual Stipulation, Elements of Offense
          ___  Consent Decree of Forfeiture
          _X_  Plea of guilty accepted and judgment rendered
          _X_  Presentence report ordered; 70 day local rule is hereby waived
          _X_  Sentencing to be set following receipt of the presentence report

Case called for other:
_____
COMMENTS:

    A special assessment of $100.00 is to be paid immediately. The defendant is remanded to the custody of the U.S. Marshal pending sentencing.